1048

[Nos. 66807-2-I; 66808-1-I.   Division One.   November 21, 2011.]

*In the Matter of the Dependency of* J.C. ET AL.

ANDREA CERIO, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 10-7-00996-1, Bruce I. Weiss, J., entered February 10, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 67366-1-I.   Division One.   November 21, 2011.]

CATHY THARALDSON, *Respondent*, v. PROVIDENCE HEALTH SERVICES OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-03065-8, Christine A. Pomeroy, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Appelwick, J.